IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: WILKING FUENTES MARCANO
SONIA DELGADO HERNANDEZ

Bkrtcy. No. 11-00852-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Feb 03, 2011
Meeting Date: May 17, 2011
DC Track No. 9

Days from petition date: 103
Meeting Time: 10:00 AM

910 Days before Petition: 8/7/2008
☐ Chapter 13 Plan Date: Feb 03, 2011 Dkt.# 2 ☐ Amended.

This is debtor(s) ___ Bankruptcy petition.
Plan Base: $21,000.00

This is the ___ Scheduled Meeting
Confirmation Hearing Date: Jun 17, 2011  Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $1,050.00

### I. Appearances:
☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☑ None.
☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
☑ Joint Debtor Present ☑ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: Michell Vega ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $3,000.00  Paid Pre-Petition: $126.00  Outstanding: $2,874.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;  ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.  Liquidation Value: 0
Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)]  Gen. Unsecured Pool: 0

The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☑ HELD OPEN FOR 10 DAYS
§341 Meeting Rescheduled for: 2010 Income Tax Return

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
- Need evidence that he is up to date in his DSO obligation with Ruchelly Morales Resto of $180.- monthly.

/s/ José R. Carrión
Trustee  Presiding Officer  Page 1 of ___  Date: May 17, 2011