IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-00852 BKT

WILKING FUENTES MARCANO

Chapter 13

SONIA DELGADO HERNANDEZ

XXX-XX-0709

XXX-XX-2139

FILED & ENTERED ON 06/27/2011

Debtor(s)

**ORDER**

The debtors' motion requesting authorization to use funds from tax refund (Docket No. 20) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 27 day of June, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

cc: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES
f/up